<span style="color:red">REDACTECD</span>

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

SEP 1 1 2019

JULIAC DUDLEY CLERK
BY: ~~~~~~
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **SEALED INDICTMENT** |
| **v.** | **Criminal No.** 5:19 CK 00030 |
| **MALIK DAVENPORT,** | *In violation of:* |
| **KAMERON CURRY,** | 21 U.S.C. § 841(a) |
| **JUSTIN PAIGE,** | 21 U.S.C. § 846 |
| **JOSIE PEACOE,** | 21 U.S.C. § 861(a)(1) |
| **SHERRY SLOANE,** | |
| **TIFFANY SLOANE,** | |
| **COKE TAYLOR, AND** | |

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

9/19/19

JULIA C. DUDLEY, CLERK
BY: K. Dotson

DEPUTY CLERK

The Grand Jury charges that:

**COUNT ONE**
*21 U.S.C. § 846*
*Conspiracy to Distribute and to Possess With the Intent to Distribute Cocaine*

1.    Beginning on an unknown date, but no later than in or about December 2017, and continuing to in or about September 2019, in the Western District of Virginia and elsewhere, the defendants, MALIK DAVENPORT, KAMERON CURRY, JUSTIN PAIGE, JOSIE PEACOE, SHERRY SLOANE, TIFFANY SLOANE, COKE TAYLOR, and                    , did knowingly and intentionally conspire with each other and with other persons known and unknown to the Grand Jury to commit the following offenses against the United States: to distribute and to possess with the intent to distribute cocaine, a Schedule II controlled substance, and cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

    a.    With respect to MALIK DAVENPORT, the amount involved in the conspiracy

attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is more than 500 grams of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

2.     All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### *21 U.S.C. § 841(a)*
### *Possess With Intent to Distribute Cocaine*

3.     On or about December 23, 2017, in the Western District of Virginia and elsewhere, the defendant, TIFFANY SLOANE, knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II controlled substance.

4.     All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

## COUNT THREE
### *21 U.S.C. § 841(a)*
### *Possess With Intent to Distribute Cocaine*

5.     On or about August 1, 2018, in the Western District of Virginia and elsewhere, the defendant, TIFFANY SLOANE, knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II controlled substance.

6.     All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

## COUNT FOUR
### *21 U.S.C. § 841(a)*
### *Distribute and Possess With Intent to Distribute Cocaine Base*

7.     On or about August 3, 2018, in the Western District of Virginia and elsewhere, the defendant,                          knowingly and intentionally distributed and possessed with intent to distribute cocaine base, a Schedule II controlled substance.

8.     All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

2

## COUNT FIVE
### 21 U.S.C. § 841(a)
### *Distribute and Possess With Intent to Distribute Cocaine Base*

9.     On or about August 10, 2018, in the Western District of Virginia and elsewhere,

the defendant, SHERRY SLOANE, knowingly and intentionally distributed and possessed with

intent to distribute cocaine base, a Schedule II controlled substance.

10.     All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

## COUNT SIX
### 21 U.S.C. § 841(a)
### *Distribute and Possess With Intent to Distribute Cocaine Base*

11.     On or about August 14, 2018, in the Western District of Virginia and elsewhere,

the defendant,             , knowingly and intentionally distributed and possessed with

intent to distribute cocaine base, a Schedule II controlled substance.

12.     All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

## COUNT SEVEN
### 21 U.S.C. § 841(a)
### *Distribute and Possess With Intent to Distribute Cocaine Base*

13.     On or about August 24, 2018, in the Western District of Virginia and elsewhere,

the defendant, TIFFANY SLOANE, knowingly and intentionally distributed and possessed with

intent to distribute cocaine base, a Schedule II controlled substance.

14.     All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

## COUNT EIGHT
### 21 U.S.C. § 841(a)
### *Distribute and Possess With Intent to Distribute Cocaine*

15.     On or about August 30, 2018, in the Western District of Virginia and elsewhere,

the defendant, MALIK DAVENPORT, knowingly and intentionally distributed and possessed

with intent to distribute cocaine, a Schedule II controlled substance.

3

16. All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

## COUNT NINE
### 21 U.S.C. § 841(a)
### *Distribute and Possess With Intent to Distribute Cocaine*

17. On or about September 7, 2018, in the Western District of Virginia and elsewhere, the defendant, MALIK DAVENPORT, knowingly and intentionally distributed and possessed with intent to distribute cocaine, a Schedule II controlled substance.

18. All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

## COUNT TEN
### 21 U.S.C. § 841(a)
### *Distribute and Possess With Intent to Distribute Cocaine*

19. On or about September 13, 2018, in the Western District of Virginia and elsewhere, the defendant, ▓▓▓▓▓▓▓▓▓ knowingly and intentionally distributed and possessed with intent to distribute cocaine, a Schedule II controlled substance.

20. All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

## COUNT ELEVEN
### 21 U.S.C. § 841(a)
### *Distribute and Possess With Intent to Distribute Cocaine*

21. On or about September 14, 2018, in the Western District of Virginia and elsewhere, the defendant, ▓▓▓▓▓▓▓▓▓ knowingly and intentionally distributed and possessed with intent to distribute cocaine, a Schedule II controlled substance.

22. All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

## COUNT TWELVE
### 21 U.S.C. § 841(a)
### *Distribute and Possess With Intent to Distribute Cocaine*

23. On or about September 19, 2018, in the Western District of Virginia and elsewhere, the defendant, MALIK DAVENPORT, knowingly and intentionally distributed and

4

possessed with intent to distribute cocaine, a Schedule II controlled substance.

24.     All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

## COUNT THIRTEEN
### 21 U.S.C. § 841(a)
### Distribute and Possess With Intent to Distribute Cocaine

25.     On or about September 20, 2018, in the Western District of Virginia and

elsewhere, the defendant                    knowingly and intentionally distributed and

possessed with intent to distribute cocaine, a Schedule II controlled substance.

26.     All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

## COUNT FOURTEEN
### 21 U.S.C. § 841(a)
### Distribute and Possess With Intent to Distribute Cocaine Base

27.     On or about October 3, 2018, in the Western District of Virginia and elsewhere,

the defendant, TIFFANY SLOANE, knowingly and intentionally distributed and possessed with

intent to distribute cocaine base, a Schedule II controlled substance.

28.     All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

## COUNT FIFTEEN
### 21 U.S.C. § 841(a)
### Distribute and Possess With Intent to Distribute Cocaine Base

29.     On or about October 4, 2018, in the Western District of Virginia and elsewhere,

the defendant, MALIK DAVENPORT, knowingly and intentionally distributed and possessed

with intent to distribute cocaine base, a Schedule II controlled substance.

30.     All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

## COUNT SIXTEEN
### 21 U.S.C. § 841(a)
### Distribute and Possess With Intent to Distribute Cocaine

31.     On or about October 10, 2018, in the Western District of Virginia and elsewhere,

5

the defendants, MALIK DAVENPORT and KAMERON CURRY, knowingly and intentionally distributed and possessed with intent to distribute cocaine, a Schedule II controlled substance.

32.     All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

## COUNT SEVENTEEN
### *21 U.S.C. § 841(a)*
### *Distribute and Possess With Intent to Distribute Cocaine*

33.     On or about November 1, 2018, in the Western District of Virginia and elsewhere, the defendants, TIFFANY SLOANE and MALIK DAVENPORT, knowingly and intentionally distributed and possessed with intent to distribute cocaine, a Schedule II controlled substance.

34.     All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

## COUNT EIGHTEEN
### *21 U.S.C. § 841(a)*
### *Distribute and Possess With Intent to Distribute Cocaine Base*

35.     On or about November 1, 2018, in the Western District of Virginia and elsewhere, the defendant, ▮▮▮▮▮▮▮▮▮▮ knowingly and intentionally distributed and possessed with intent to distribute cocaine base, a Schedule II controlled substance.

36.     All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

## COUNT NINETEEN
### *21 U.S.C. § 841(a)*
### *Distribute and Possess With Intent to Distribute Cocaine*

37.     On or about November 7, 2018, in the Western District of Virginia and elsewhere, the defendant, MALIK DAVENPORT, knowingly and intentionally distributed and possessed with intent to distribute cocaine, a Schedule II controlled substance.

38.     All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

6

### COUNT TWENTY
*21 U.S.C. § 861(a)(1)*
*Distribute and Possess With Intent to Distribute Cocaine Using a Minor*

39. On or about January 2, 2019, in the Western District of Virginia and elsewhere,

the defendant, MALIK DAVENPORT, a person at least eighteen years of age, knowingly and

intentionally used, persuaded, and induced C.C., a person under eighteen years of age, to

distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States

Code, Sections 841(a) and (b)(1)(C).

40. All in violation of Title 21, United States Code, Section 861(a)(1).

### COUNT TWENTY-ONE
*21 U.S.C. § 841(a)*
*Distribute and Possess With Intent to Distribute Cocaine*

41. On or about January 2, 2019, in the Western District of Virginia and elsewhere,

the defendant, JOSIE PEACOE, knowingly and intentionally distributed and possessed with

intent to distribute cocaine, a Schedule II controlled substance.

42. All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

### COUNT TWENTY-TWO
*21 U.S.C. § 841(a)*
*Distribute and Possess With Intent to Distribute Cocaine*

43. On or about January 8, 2019, in the Western District of Virginia and elsewhere,

the defendant, JOSIE PEACOE, knowingly and intentionally distributed and possessed with

intent to distribute cocaine, a Schedule II controlled substance.

44. All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

### COUNT TWENTY-THREE
*21 U.S.C. § 841(a)*
*Possess With Intent to Distribute Cocaine*

45. On or about January 9, 2019, in the Western District of Virginia and elsewhere,

7

the defendant, MALIK DAVENPORT, knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II controlled substance.

46.    All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

## COUNT TWENTY-FOUR
### 21 U.S.C. § 841(a)
### Distribute and Possess With Intent to Distribute Cocaine

47.    On or about January 11, 2019, in the Western District of Virginia and elsewhere, the defendant, JOSIE PEACOE, knowingly and intentionally distributed and possessed with intent to distribute cocaine, a Schedule II controlled substance.

48.    All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

## COUNT TWENTY-FIVE
### 21 U.S.C. § 841(a)
### Distribute and Possess With Intent to Distribute Cocaine

49.    On or about February 13, 2019, in the Western District of Virginia and elsewhere, the defendant, JUSTIN PAIGE, knowingly and intentionally distributed and possessed with intent to distribute cocaine, a Schedule II controlled substance.

50.    All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

## COUNT TWENTY-SIX
### 21 U.S.C. § 841(a)
### Distribute and Possess With Intent to Distribute Cocaine

51.    On or about March 14, 2019, in the Western District of Virginia and elsewhere, the defendant, COKE TAYLOR, knowingly and intentionally distributed and possessed with intent to distribute cocaine, a Schedule II controlled substance.

52.    All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

8

## NOTICE OF FORFEITURE

53. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 846, the defendants, MALIK DAVENPORT, KAMERON CURRY, JUSTIN PAIGE, JOSIE PEACOE, SHERRY SLOANE, TIFFANY SLOANE, COKE TAYLOR, and                         shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense[s] and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to, the following:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

   b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

54. If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

9

A TRUE BILL this __11__ day of September, 2019.

s/ Grand Jury Foreperson
FOREPERSON

For THOMAS T. CULLEN
UNITED STATES ATTORNEY

10