IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 5:19-cr-00030 |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| COKE TAYLOR | ) | United States District Judge |

**MEMORANDUM OPINION AND ORDER**

Defendant Coke Taylor filed a *pro se* motion for compassionate release pursuant to the First Step Act, 18 U.S.C. § 3852(c)(1)(A)(i), and supplemented that motion by letter. (Dkt. Nos. 351, 372.) It appearing to the court that Mr. Taylor has already been released from Bureau of Prisons custody,[1] this motion will be dismissed as moot. Thus, it is hereby ORDERED that Taylor's motion for compassionate release, as supplemented, (Dkt. Nos. 351, 372) is DISMISSED AS MOOT.

The clerk is directed to provide a copy of this order to the defendant, all counsel of record, and the United States Probation Office.

Entered: May 16, 2022.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge

---

[1] *See* https://www.bop.gov/inmateloc/ showing a release date of November 3, 2021 (last visited May 13, 2022).